SQUAW ISLAND FREIGHT TERMINAL COMPANY, INC., Respondent, Appellant, v. CITY OF BUFFALO, Appellant, Respondent.— Motion to resettle order of this court entered March 22, 1939, granted. [See 256 App. Div. 582.] Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

AMBROSE J. McNAMARA, Respondent, v. HERBERT S. POWELL and POWELL MUFFLER CO., INC., Successor to POWELL MUFFLER CO., Appellants.— Return date of motion for reargument or for leave to appeal to the Court of Appeals extended to May 5, 1939. [See 256 App. Div. 554; *post*, p. 913.] Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

## (May 10, 1939.)

JOHN C. BALSER, Appellant, v. GEORGE J. GAMMEL and Others, Doing Business under the Assumed Name and Style of the NEW ARIEL THEATRE, Respondents.— Same decision and like cause of action as in companion case decided herewith. [See *ante*, p. 85.] All concur. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ. [See, also, 255 App. Div. 828.]

JOHN VITALE, Respondent, v. ROCK ASPHALT AND CONSTRUCTION CO., INC., Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The evidence presents questions of fact as to how the accident happened and as to the negligence of the defendant which were necessarily submitted to the jury. However, the credibility of the witnesses Ciambella and Hamilton on whose evidence the plaintiff's case principally rests was seriously affected by contradictory statements of these witnesses. In this situation the questions for the jury to determine were close. When this is considered, the error in permitting the plaintiff to show that the witness Hamilton had long ago made a statement, evidently corroborative, [to] plaintiff's former counsel becomes important. We conclude that the interests of justice considering the whole record require a new trial. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. LYMAN W. HARRIS and Others, as Assessors of the Town of Ovid, Seneca County, New York, Appellants. (Three Proceedings — Assessments for the Years 1935, 1936, and 1937.) — Order affirmed, with costs, on the opinion of EDGCOMB, official referee. [168 Misc. 685.] All concur, except Taylor and Dowling, JJ., who dissent and vote for reversal and for dismissal of the proceeding. (The order confirms the report of the official referee and reduces the assessments on relator's property.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.